In the Matter of MICHAEL J. LONERGAN, Appellant, against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York and as Trustee of the New York Fire Department Relief Fund, Respondent.

Argued February 20, 1945; decided April 5, 1945.

*Joseph H. Robins* and *Maxwell M. Booxbaum* for appellant.
*Ignatius M. Wilkinson, Corporation Counsel* (*Morris Shapiro* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ.  Taking no part: THACHER and DYE, JJ.